IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**TARA WAGNER-YOSHIWARA**,

        Plaintiff,

        Case No. 3:19-cv-02096-MO

v.

**WEIYI ZHOU**; et al.        ORDER OF REMAND

        Defendants.

MOSMAN, J.,

    Plaintiff's Motion to Remand to State Court [ECF 6] is GRANTED. This case is remanded to the Multnomah County Circuit Court.

    IT IS SO ORDERED.

    DATED this 19 day of March, 2020.

                                MICHAEL W. MOSMAN
                                United States District Judge